U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

FR:MJC
F. #2021R00202

April 15, 2025

By ECF
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Damon Rallis
     <u>Criminal Docket No. 21-150 (JMA)</u>

Dear Judge Azrack:

  The government respectfully submits for the Court's approval the enclosed Final Order of Forfeiture (the "Final Order") against defendant, Damon Rallis, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

  Pursuant to the terms of the Preliminary Order of Forfeiture entered on or about May 19, 2023 (*see* Docket Entry No. 34), the United States was directed to judicially seize and commence publication as to the seized assets described therein. Publication was completed on September 6, 2023. *See* Docket Entry No. 35 (Declaration of Publication). No third-party claims have been filed and the time to do so has expired.

  Thank you for Your Honor's consideration of this request.

          Respectfully submitted,

          JOHN J. DURHAM
          United States Attorney

       By: <u>/s/ Michael J. Castiglione</u>
          Michael J. Castiglione
          Assistant U.S. Attorney
          (718) 254-7533

Encl.: Final Order of Forfeiture
cc:  Counsel of Record (by ECF)