UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,  FINAL ORDER OF FORFEITURE

   - against -  21-CR-150 (JMA)

DAMON RALLIS,

             Defendant.

- - - - - - - - - - - - - - - - -X

WHEREAS, on or about April 26, 2023, Damon Rallis (the "defendant"), entered a plea of guilty to Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 2252(a)(2);

WHEREAS, on May 19, 2023, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in the following assets, all seized on or about February 23, 2021, from the defendant's residence in Southold, New York (collectively, the "Seized Assets"):

    (i)    one black Amazon Kindle with serial number CMITID 2012AJ3698;

    (ii)    one Gateway laptop computer with serial number LXWSG020551350A5611601;

    (iii)    one iPad with serial number F9FT21E3HGJ3;

    (iv)    one black iPhone 7 with serial number 579C-E3091A;

    (v)    one Western Digital external hard drive with serial number WCASJ2144766;

    (vi)    one black battery operated audio/visual concealable camera with 32 GB SanDisk Ultra Plus Micro card;

    (vii)    one iMac desktop computer with serial number W89187040TG;

(viii) one black Apple iPhone 11 with serial number F4GCGBSNN72Q; and

(ix) one silver iMac laptop computer with serial number W87304M9X91; and all proceeds traceable thereto,

are forfeitable to the United States, pursuant to 18 U.S.C. § 2253(a), as: (a) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting, or traceable to, gross profits or other proceeds obtained from the defendant's violation of 18 U.S.C. § 2252(a); (c) any property, real or personal, used or intended to be used to commit or to promote the defendant's commission of such offense or any property traceable to such property; and/or (d) substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b). (Docket No. 34);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning August 8, 2023, through and including September 6, 2023 (Docket No. 35); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 2253(a) and 2253(b), and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Seized Assets are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Assets in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order and the Final Order of Forfeiture shall be made part of the defendant's sentence and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail two (2) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Kristen Lake, Asset Recovery Paralegal, 610 Federal Plaza, Central Islip, New York 11722.

Dated: Central Islip, New York
_____, 2025

SO ORDERED:

_____
HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK